AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| PAMELA JO FAILEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **JUDGMENT**<br>INTERNAL REVENUE SERVICE, ) **CASE NO. 5:11-CV-447-D**<br>)<br>Defendants. ) | |

**Decision by the Court:**

      IT IS ORDERED AND ADJUDGED that JUDGMENT IS HEREBY ENTERED against the United States Internal Revenue Service in favor of Plaintiff Pamela Jo Failen in the amount of $931.00, plus statutory interest accrued by law, for overpayment of her federal individual income tax for the 2005 tax year. The parties shall bear their own costs in bringing this action. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **AUGUST 9, 2013** WITH A COPY TO:

Pamela Jo Failen, Pro se (via USPS to 3563 County Line Road, Fayetteville, NC 28306)
Jonathan D. Carroll (via CM/ECF electronic notification)


August 9, 2013                                              JULIE A. RICHARDS, Clerk
Date                                                        Eastern District of North Carolina

                                                                              /s/ Debby Sawyer
                                                                              (By) Deputy Clerk

Raleigh, North Carolina